# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT CLARK and TAMARA CLARK,** | : | No. 15cv276 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| **FAST TRACK FREIGHT, LLC and CARL DEBUS, JR.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 30th day of June 2015, Defendant Fast Track Freight, LLC's motion to dismiss plaintiffs' negligent entrustment claim (Doc. 12) is **DENIED**.

                                            **s/James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**